```
              UNITED STATES DISTRICT COURT

                DISTRICT OF MASSACHUSETTS
```

**Donna Maciel**

**V.**                         **CIVIL ACTION NO. 1:10-cv-12167-JCB**

**Thomas J. Hastings Properties, Inc.**

### SETTLEMENT ORDER OF DISMISSAL

**BOAL, M.J.**

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **sixty (60) days**, to reopen the action if settlement is not consummated.

**February 22, 2013**

/s/  Steve K. York
--------------------------
**Deputy Clerk**