IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONNA MACIEL<br>    Plaintiff<br>v.<br><br>THOMAS J. HASTINGS PROPERTIES, INC.,<br>THOMAS HASTINGS, MICHAEL JONES,<br>HASTINGS COMPANIES LLC<br>BACK RIVER PARK, LLC<br>    Defendants | NO: 1:2010-cv-12167-JCB |

## STIPULATION OF DISMISSAL

Now come the Plaintiff and the Defendants and hereby stipulate and agree to dismissal of the above-captioned matter with prejudice, without cost, and with all right of Appeal having been waived.

Respectfully submitted,
Donna Maciel, Plaintiff
By her attorneys,

Catherine C. Deneke, Esq. (BBO#: 673871)
Robert E. Toone, Esq. (BBO#: 663249)
Nicole Kinsley, Esq. (BBO#: 682528)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
Tel.: (617) 832-1000
Fax: (617) 832-7000
E-mail: cdeneke@foleyhoag.com
E-mail: rtoone@foleyhoag.com
E-mail: nkinsley@foleyhoag.com

Respectfully Submitted,
Defendants
By their attorneys,

Jonathon D. Friedmann (BBO # 180130)
Andrew J. Shriro (BBO # 677734)
RUDOLPH FRIEDMANN LLP
92 State Street
Boston, MA 02109
Tel.: (617) 723-7700
E-mail: jfriedmann@rflawyers.com
E-mail: ashriro@rflawyers.com

Michael Perez, Esq. (BBO#: 660585)
Lawyers' Committee for Civil Rights and Economic Justice
294 Washington Street, Suite 443
Boston, MA 02108
Tel.: (617) 988-0609
E-mail: mperez@lawyerscom.org

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on April 3, 2013, this document was filed via ECF and served thereby on all registered participants.

    */s/ Catherine C. Deneke*
    Catherine C. Deneke